■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY SANCHEZ, Also Known as JOSE SANCHEZ, Appellant. [602 NYS2d 4] —Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered April 3, 1991, convicting defendant, after a nonjury trial, of burglary in the second degree, and sentencing him, as a second violent felony offender, to a term of 7 to 14 years, unanimously affirmed. Motion by appellant to enlarge the record is denied.

Identified by four witnesses, apprehended minutes after the burglary, and found in possession of stolen jewelry and money from the burglarized apartment, the trial court's finding of defendant's guilt beyond a reasonable doubt is amply supported by the credible evidence. We have reviewed defendant's argument that the sentence is excessive and find it to be without merit. Concur—Sullivan, J. P., Carro, Ellerin, Kassal and Nardelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH GARCIA, Appellant. [602 NYS2d 538] —Judgment, Supreme Court, New York County (Franklin Weissberg, J.), rendered February 19, 1991, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Carro, Ellerin, Kassal and Nardelli, JJ.